### SHIFF & SONS V. ANDRESS.

*Bill to Remove Cloud From Title.*

(Decided April 12th, 1906.  40 So. Rep. 825.)

APPEAL from Monroe Chancery Court.

Heard before HON. THOMAS H. SMITH.

J. H. BAREFIELD, for appellant.

WIGGINS, HYBART & BAYLES, and STEINER CRUM & WEIL, for appellee.

Affirmed.
Opinion by WEAKLEY, C. J.
TYSON, SIMPSON, and ANDERSON, JJ., concur.